**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID JAMES SHAW,<br>Defendant. | Case No. 26-cr-02093-JAH<br>**I N F O R M A T I O N**<br>Title 21, U.S.C., Sec. 841(a)(1) – Possession of Fentanyl with Intent to Distribute (Felony); 18 U.S.C., Sec. 924(c)(1) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime (Felony); and 18 U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm (Felony) |

The United States Attorney charges:

Count One

On or about December 2, 2025, within the Southern District of California, defendant DAVID JAMES SHAW did knowingly and intentionally possess with the intent to distribute fentanyl, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count Two

On or about December 2, 2025, within the Southern District of California, defendant DAVID JAMES SHAW, in furtherance of a drug trafficking crime, namely possession with intent to distribute fentanyl as charged in Count One, did knowingly possess a firearm; in violation of Title 18, United Sates Code, Section 924(c)(1).

JRE:cm:5/26/2026

Count Three

On or about December 2, 2025, within the Southern District of California, defendant DAVID JAMES SHAW, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

DATED: 6/1/26.

ADAM GORDON
United States Attorney

Brandon Kimura

BRANDON J. KIMURA
Assistant U.S. Attorney